

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN GARFINKLE (6),<br><br>Defendant. | Case No.: 22CR1503-TWR-06<br><br>ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT WITH PREJUDICE |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed with prejudice as to Defendant Benjamin Garfinkle.

IT IS SO ORDERED.

DATED: 4/3/23

_____
HONORABLE TODD W. ROBINSON
United States District Judge